UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Efren Garcia**
    Plaintiff

v.        Civil Action No. 1:24-cv-11187-RGS

**NES Global, LLC**
    Defendant

SETTLEMENT ORDER OF DISMISSAL

STEARNS, D.J.

The Court having been advised by Counsel that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

By the Court,

4/15/2025                    /S/ Jacqueline Martin
Date                         Docket Clerk